1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  JOSHUA BLOCKER,                    )    NO.  CV 20-11764-MWF (AGR)
                                       )
12                    Plaintiff,       )
                                       )    ORDER ACCEPTING FINDINGS AND
13       v.                            )    RECOMMENDATION OF UNITED
                                       )    STATES MAGISTRATE JUDGE
14  CORRECTIONAL OFFICER JOEL          )
    SOLIS, et al.,                     )
15                                     )
                      Defendants.      )
16  _____ )

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

18  file, and the Report and Recommendation of the United States Magistrate Judge.  No

19  objections to the Report have been filed. The Court accepts the findings and

20  recommendation of the Magistrate Judge.

21       IT IS ORDERED that Defendants' motion to dismiss the complaint is denied

22  without prejudice to Defendants' ability to file a later motion based on a *Heck* bar.

23       IT IS FURTHER ORDERED that this action is referred back to the Magistrate

24  Judge for further proceedings.

25

26  DATED: May 4, 2022          _____

27                              MICHAEL W. FITZGERALD
                                United States District Judge
28