JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA BLOCKER,<br><br>  Plaintiff<br><br>  v.<br><br>JOEL SOLIS, et al.,<br><br>  Defendants. | Case No. CV 20-11764-MWF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that Defendants' Motion for Judgment on the Pleadings is GRANTED and this action is **DISMISSED**.

Dated:  March 25, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge